No. 451. NATHANIEL C. FOSTER, PLAINTIFF IN ERROR, *v.* WILLIAM ROWE, IMPLEADED, ETC. In error to the Supreme Court of the State of Wisconsin. Motions to dismiss or affirm submitted October 28, 1907. Decided November 4, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Foster* v.* *Rowe*, 128 Wisconsin, 326; *S. C.*, 111 N. W. Rep. 688; *Eustis* v. *Bolles*, 150 U. S. 361; *Indiana Manufacturing Company* v. *Koehne*, 186 U. S. 681; *State Railroad Tax Cases*, 92 U. S. 575. *Mr. W. M. Tomkins* for plaintiff in error. *Mr. James Wickham* for defendant in error.

---

No. 35. C. B. BOYETT ET AL., PLAINTIFFS IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the Eastern District of Arkansas. Submitted November 5, 1907. Decided November 11, 1907. *Per Curiam.* Judgment reversed and cause remanded with a direction to sustain the motion in arrest of judgment, on the authority of *Hodges* v. *United States*, 203 U. S. 1. *Mr. J. W. Blackwood* for plaintiffs in error. *The Attorney General* for defendant in error.